UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF HEARING OF
PETITIONS FOR NATURALIZATION
DURING YEAR 2007

MISC. NO. 06-265(JAF)

**ORDER**

Pursuant to authority vested in the Court under the provisions of Section 334(c) of the Immigration and Naturalization Act (8 U.S.C. 1445(c)),

IT IS HEREBY ORDERED that action on Petitions for Naturalization during year 2007 shall take place on the following days, to wit:

January 25, 2007 (GAG)

February 8, 2007 (ADC)

February 22, 2007 (CC)

March 15, 2007 (DRD)

March 29, 2007 (PG)

April 19, 2007 (JAG)

May 17, 2007 (FAB)

May 31, 2007 (JP)

June 14, 2007 (ADC)
Special Ceremony (Flag Day)

June 28, 2007 (RLA)

July 3, 2007 (JAF) Special Ceremony
(Independence Day)

August 9, 2007 (CC)

August 23, 2007 (CVR)

September 13, 2007 (HL)

September 27, 2007 (DRD)

October 18, 2007 (JA)

November 8, 2007 (GAG)

November 29, 2007 (SEC)

December 13, 2007 (JAG)

December 27, 2007 (FAB)

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of December, 2006.

JOSE A. FUSTE
CHIEF U.S. DISTRICT JUDGE